**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WILLIAM RAY BOLING                                                                                    PLAINTIFF

v.                                     No. 3:13CV00085 JLH-JJV

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration                                                                                         DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

DATED this 14th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE