**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

WILLIAM RAY BOLING                                                                                      PLAINTIFF

v.                                    No. 3:13CV00085 JLH-JJV

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration                                                                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 14th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE